UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA


FILED
JUL 15 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE:
DONALD BURTON & JUNG BURTON

CASE NO: 03-20865

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

**NAME OF CLAIMANT:** CitiCorp N.A., c/o Kathleen S. Allen, Recovery & Escheatment Manager.
**CURRENT ADDRESS:** 3800 Citigroup Center
G3-4
Tampa, FL, 33610

The dividend(s) listed below which were awarded to the Claimant in the above captioned bankruptcy case was/were not delivered to Claimant due to: _incorrect address (ms)_ (state reason). The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 USC 347.

| Date of Transmittal | Dividend Amount |
|---|---|
| CITI CARDS | |
| 11/9/2006 | $1,379.02 |
| TOTAL | $1,379.02 |

Claimant certifies under penalty of perjury that all statements made by Claimant on this application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment to Claimant at the above mentioned address.

Claimant further certifies that a copy of this application has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Signature: _[signature]_
Company Name: CITICORP N.A.
Person Signing: Kathleen S. Allen

Title: Recovery & Escheatment Manager
(Attach photocopy of drivers license and supporting documentation to application)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA



FILED
JUL 15 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**In re:**

DONALD BURTON & JUNG BURTON

Case# 03-20865

Debtor

## CERTIFICATE OF SERVICE

**NOTICE** is hereby given that on ___7-1-11___, a true and correct copy of the Application For Payment of Unclaimed Funds was mailed via first class, postage prepaid U.S. Postal Service to:

**U.S. Attorney:**
Office of the US Attorney
Western District of Louisiana
300 Fannin St.
Suite 3201
Shreveport, LA, 71101



KATHLEEN ALLEN

*Kathleen Allen*



Kathy Allen
Recovery & Enforcement Manager
Cash Management

Citigroup Business Services
Citigroup Payment Services
3800 Citigroup Center Drive
Location C3-4
Tampa, FL 33610

Tel 813 604 9556
Fax 813 604 9524
kathleen.t.allen@citigroup.com

AFFIDAVIT OF AUTHORIZATION 

I, Andrew D. Harwood, Managing Director of CSS Accounts Payable, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by Jeffrey Walsh, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by Jeffrey Walsh to delegate the authority described above to Jon N. Hatcher, Lawrence Loschiavo, Patrice Hibbert and Kathleen S. Allen, each of whom is an officer in the CSS Accounts Payable business division, and their signatures are, as set forth below:

Jon N. Hatcher
Lawrence Loschiavo
Patrice Hibbert
Kathleen S. Allen

3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of March 2011.

Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 7th day of March 2011.

NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES: Oct. 23, 2013



March 1, 2011

To Whom It May Concern:

Please accept this letter as documentation that FEIN #13-2938684 belongs to Citicorp North America, Inc., a legal vehicle of Citigroup, Inc.

Please note that Citigroup Shared Services Accounts Payable is a division under legal vehicle Citicorp North America, Inc. and that Andrew Harwood, Managing Director of CSS Accounts Payable, has been given authorization by Jeffrey Walsh, Controller and Chief Accounting Officer of Citigroup, to file claims and collect any unclaimed property on behalf of the corporations and/or any of their predecessor corporations.

Sincerely,

Lawrence Loschiavo
Vice President
Citigroup Shared Services Accounts Payable

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 7th day of March 2011.

NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES: Oct. 23, 2013
(407) 358-0153  Florida Notary Service.com

citi

Andrew D. Harwood  
Managing Director  
Citi Shared Services

Citigroup Inc.  
3800 Citigroup Center  
Building G, 3rd Floor, G3-1  
Tampa, FL 33610-9122  
Tel 813 604 9885  
Fax 813 604 9615  
andrew.d.harwood@citi.com



| FFIEC home | Federal Reserve Board home |
| Accessibility | Disclaimer | Privacy Policy |

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITICORP (1042351).

**Starting From:** ○ CITICORP            ● Parent(s) of CITICORP
                                         CITIGROUP INC.

**Institution Type:** ● Standard Organization Hierarchy     ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
All
Commercial Bank
Cooperative Bank
Credit Union

As of year end:
2007
2006

Organization as of date (mm/dd/yyyy) format:
07/31/2005

**Report Format:** ● HTML   ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

[ Submit ]

NIC Home | FAQ | Help | Contact Us

http://www.ffiec.gov/nicpubweb/nicweb/OrgHierarchySearchForm.aspx?parID_RSSD=10...   1/11/2010

**Exhibit 21.01 Citigroup Inc. Subsidiaries as of December 31, 2008**

| Subsidiary | Jurisdiction |
|---|---|
| CitiCapital Leasing (March) Limited | England |
| CitiCapital Technology Finance, Inc. | Pennsylvania |
| CitiCapital ULC | Ontario |
| Citicard S.A. | Argentina |
| Citicards Credit Services, Inc. | Puerto Rico |
| Citiclient (CPF) Nominees Limited | Wales |
| Citiclient (CPF) Nominees No 2 Limited | Wales |
| Citiclient Nominees No 1 Limited | Wales |
| Citiclient Nominees No 2 Limited | Wales |
| Citiclient Nominees No 3 Limited | Wales |
| Citiclient Nominees No 4 Limited | Wales |
| Citiclient Nominees No 5 Limited | Wales |
| Citiclient Nominees No 6 Limited | Wales |
| Citiclient Nominees No 7 Limited | Wales |
| Citiclient Nominees No 8 Limited | Wales |
| Citiclient Nominees No 9 Limited | England |
| Citicorp (Jersey) Limited | Jersey, Channel Is. |
| Citicorp (Mexico) Holdings LLC | Delaware |
| Citicorp Administradora de Inversiones S.A. | Argentina |
| Citicorp Administrative Services, Inc. | Texas |
| Citicorp Aircraft Management, Inc. | Delaware |
| Citicorp Bankers Leasing Corporation | Delaware |
| Citicorp Bankers Leasing Finance Corporation | Delaware |
| Citicorp Banking Corporation | Delaware |
| Citicorp Capital Investors Europe Limited | Delaware |
| Citicorp Capital Investors, Limited | Delaware |
| Citicorp Capital Management LLC | Delaware |
| Citicorp Capital Markets Limited | India |
| Citicorp Capital Markets Sociedad Anonima | Argentina |
| Citicorp Capital Markets Uruguay S.A. | Uruguay |
| Citicorp Capital Philippines, Inc. | Philippines |
| Citicorp Churchill Lease, Inc. | Delaware |
| Citicorp Clearing Services India Limited | India |
| Citicorp Community Development, Inc. | New York |
| Citicorp Credit Services, Inc. | |